UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN APONTE, et al.,<br><br>    Defendants. | Case No. 21-cv-03794-RMI<br><br>**ORDER** |

Plaintiff, a former detainee proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, alleging that he was improperly arrested and subject to excessive force by police. This case was stayed pursuant to *Wallace v. Kato*, 549 U.S. 384, 393 (2007), because criminal charges were pending against plaintiff related to the underlying incident. Plaintiff could not obtain money damages related to this incident until the criminal case had ended in his favor or if he was convicted and the conviction was reversed.

Plaintiff has filed a letter indicating that his criminal case is over and he seeks an extension to lift the stay. Plaintiff's request is granted. Within **fifty-six days**, plaintiff may file a motion to lift the stay that also discusses how his criminal ended. He should indicate if the charges were dropped or if he was convicted.

**IT IS SO ORDERED.**

Dated: March 12, 2025

                                                       ROBERT M. ILLMAN<br>                                                       United States Magistrate Judge