United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY DANIELS,

          Plaintiff,

     v.

STEVEN APONTE, et al.,

          Defendants.

Case No.  21-cv-03794-RMI

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 33

For good cause shown, it is hereby **ORDERED** that Defendants' request for an extension of time (dkt. 33) to file a dispositive motion is **GRANTED**, and any such motion shall be filed by **February 6, 2026**.

     **IT IS SO ORDERED.**

Dated: January 19, 2026

ROBERT M. ILLMAN
United States Magistrate Judge