UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY DANIELS,

　　　　　Plaintiff,

　　v.

STEVEN APONTE, et al.,

　　　　　Defendants.

Case No.  21-cv-03794-RMI

**ORDER**

　　　　Plaintiff, a former detainee proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on February 5, 2026. (dkt. 35). Plaintiff has not filed an opposition or otherwise communicated with the Court. Plaintiff shall file an opposition to the summary judgment motion, within twenty-eight days of service of this order. Failure to file an opposition may result in dismissal or the Court reviewing the motion as unopposed.

　　　　**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California