UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY DANIELS,

        Plaintiff,

   v.

STEVEN APONTE, et al.,

        Defendants.

Case No.  21-cv-03794-RMI

**JUDGMENT**

     The Court entered an order granting Defendants' Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

     **IT IS SO ORDERED.**

Dated: May 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge